## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM S. YANCEY, Individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>REMINGTON ARMS COMPANY, INC., CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION )<br><br>Defendants. ) | **Cause No. 1:12-cv-00477** |

### REMINGTON'S RESPONSE TO PLAINTIFF'S MOTION FOR CONSOLIDATION

NOW COMES Defendant, Remington Arms Company LLC ("Remington"), by and through undersigned counsel, and hereby submits this response to Plaintiff's Motion for Consolidation [Dkt. # 96, hereinafter "Pl. Mot."].

Remington has agreed to consolidation of the three putative class action cases pending in this District Court: (1) *Maxwell v. Remington Arms Company, Inc.*, No.1:10-cv-00918; (2) *Yancey v. Remington Arms Company, Inc.*, *et. al.*, No.1:12-cv-00477; and (3) *Henderson v. Remington Arms Company, Inc.*, *et. al.*, No.1:12-cv-00437. Remington confirmed its agreement to consolidation in writing on June 1, 2012. (*See* June 1, 2012 e-mail from counsel for Remington to Plaintiff's counsel attached hereto as <u>Exhibit A</u>). Remington affirmed its agreement to consolidation of the cases in a telephone conference between its counsel and plaintiff's counsel on June 6, 2012.

Plaintiff's representation that Remington "rescinded" its agreement to consolidate the cases is false. (*See* Pl. Mot. at ¶4). Plaintiff's representation in his brief that Remington "advised" Plaintiffs that it "would not agree to any consolidation" is also false. (*See* Dkt. # 97 at

1

p. 5, hereinafter "Pl. Brief").   Remington made its position on consolidation clear.   Remington

has no explanation for Plaintiffs' mistaken representation that Remington opposed consolidation

of the three cases.

Respectfully submitted this 27th day of July, 2012.

>*/s/ Frederick W. Rom*
> Frederick W. Rom (North Carolina Bar No. 26675)
> WOMBLE CARLYLE SANDRIDGE & RICE, LLP
> 150 Fayetteville Street, Suite 2100
> Raleigh, North Carolina 27601
> Telephone:  (919) 755-8153
> Facsimile:  (919) 484-2073
> from@wcsr.com
>
> and
>
> */s/ James B. Vogts*
> James B. Vogts (Bar No. 6188442)
> Andrew A. Lothson (Bar No. 6297061)
> Swanson, Martin & Bell LLP
> 330 N. Wabash Ave., Suite 3300
> Chicago, Illinois 60611
> Telephone:  (312) 222-8517
> Facsimile:  (312) 321-0990
> jvogts@smbtrials.com
> alothson@smbtrials.com
>
> **Attorneys for Defendant Remington Arms Company, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

**Attorneys for Plaintiff:**

**GARY K. SHIPMAN**
SHIPMAN & WRIGHT, LLP

2

575 MILITARY CUTOFF RD., STE. 106
WILMINGTON, NC 28405

**WILLIAM GRAINGER WRIGHT, SR.**
SHIPMAN & WRIGHT, LLP
575 MILITARY CUTOFF RD., STE. 106
WILMINGTON, NC 28405

**CHRISTOPHER M. ELLIS**
BOLEN ROBINSON & ELLIS LLP
202 S. FRANKLIN ST., 2ND FLOOR
DECATUR, IL 62523

**ERIC D. HOLLAND**
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 N. TUCKER ST., STE. 801
ST. LOUIS, MO 63101

**JON D. ROBINSON**
BOLEN ROBINSON & ELLIS LLP
202 S. FRANKLIN ST., 2ND FLOOR
DECATUR, IL 62523

**RANDALL S. CROMPTON**
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 N. TUCKER ST., STE. 801
ST. LOUIS, MO 63101

**Attorneys for Ammunition Accessories, Inc. (a.k.a. CCI Ammunition):**

**CHRISTOPHER R. KIGER**
SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN
POB 2611
RALEIGH, NC 27602-2611

**CLIFTON LENNIS BRINSON**
SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN, L.L.P.
POB 2611
RALEIGH, NC 27602-2611

**GEORGE W. SOULE**
BOWMAN AND BROOKE, LLP
150 S. FIFTH ST., STE. 3000
MINNEAPOLIS, MN 55402

**KIRK GIBSON WARNER**
SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN
POB 2611
RALEIGH, NC 27602-2611

**JENNIFER K. HUELSKOETTER**
BOWMAN AND BROOKE, LLP
150 S. FIFTH ST., STE. 3000
MINNEAPOLIS, MN 55402

**MELISSA R. STULL**
BOWMAN AND BROOKE, LLP
150 S. FIFTH ST., STE. 3000
MINNEAPOLIS, MN 55402

*/s/ James B. Vogts*
James B. Vogts (Bar No. 6188442)
Andrew A. Lothson (Bar No. 6297061)
Swanson, Martin & Bell LLP
330 N. Wabash Ave., Suite 3300
Chicago, Illinois 60611
Telephone:  (312) 222-8517
Facsimile:  (312) 321-0990
jvogts@smbtrials.com
alothson@smbtrials.com

***Attorneys for Defendant Remington Arms Company, LLC***