IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:12-CV-00477-JAB-JLW

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) REMINGTON ARMS COMPANY, LLC, ) and CASCADE CARTRIDGE, INC. a/k/a ) CCI AMMUNITION, ) ) Defendants. ) | **MOTION TO SUBSTITUTE PARTY** |

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Defendant Federal Cartridge Company, successor to Ammunition Accessories, Inc., incorrectly named and identified as Cascade Cartridge, Inc. a/k/a CCI Ammunition moves the Court to substitute Federal Cartridge Company for Ammunition Accessories Inc., Cascade Cartridge, Inc. a/k/a CCI Ammunition, as a defendant in this matter. In support of this motion, Defendant states as follows:

1. Plaintiff filed this complaint on December 19, 2011, in the United States District Court for the Middle District of Tennessee. Plaintiff named as defendants Remington Arms Company, LLC, and "Cascade Cartridge, Inc. a/k/a CCI Ammunition."

2. "Cascade Cartridge, Inc." was a misnomer for Ammunition Accessories, Inc., which agreed to waive service of the complaint (Dkt. 25) and subsequently filed a motion to dismiss pursuant to Rule 12(b)(6) (Dkt. 53). The Court's docket sheet was

previously corrected to fix the misnomer, and currently identifies the defendant as Ammunition Accessories, Inc.

3. On April 1, 2012, Ammunition Accessories Inc. merged into Federal Cartridge Company, a subsidiary of Alliant Techsystems Inc.

4. Party substitution pursuant to Rule 25(c) "is usually appropriate in situations involving corporate mergers or acquisitions or other transfers in which one corporation ceases to exist and another entity has taken over its rights and obligations." 6 Moore's Federal Practice § 25.31[1] (3d ed. 2010).

5. Ammunition Accessories Inc. has previously filed a corporate disclosure statement reflecting the change in corporate identity from Ammunition Accessories Inc. to Federal Cartridge Company. (Dkt. 51).

WHEREFORE, Defendant Ammunition Accessories Inc. moves the Court to substitute Federal Cartridge Company for it as a defendant in this matter.

This the 18th day of June, 2013.

       SMITH, ANDERSON, BLOUNT, DORSETT,
        MITCHELL & JERNIGAN, L.L.P.

      By: /s/ Clifton L. Brinson
        Kirk G. Warner, NC Bar # 16238
        Christopher R. Kiger, NC Bar # 28618
        Clifton L. Brinson, NC Bar # 34331
        Post Office Box 2611
        Raleigh, North Carolina 27602-2611
        Telephone: (919) 821-1220
        Facsimile: (919) 821-6800
        E-Mail: kwarner@smithlaw.com
           ckiger@smithlaw.com
           cbrinson@smithlaw.com

      BOWMAN AND BROOKE LLP

      George W. Soule
      Jennifer K. Huelskoetter
      Melissa R. Stull
      (specially appearing)
      150 S. Fifth Street, Suite 3000
      Minneapolis, MN 55402
      Telephone: (612) 672-3251
      Facsimile: (612) 672-3200
      E-Mail:
      George.Soule@bowmanandbooke.com
      Jennifer.Huelskoetter@bowmanandbrooke.com
      Melissa.Stull@bowmanandbrooke.com

      *Attorneys for Federal Cartridge Company*

CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2013, I electronically filed the foregoing **MOTION TO SUBSTITUTE PARTY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gary K. Shipman<br>William Grainger Wright, Sr.<br>Shipman & Wright, LLP<br>575 Military Cutoff Rd., Ste. 106<br>Wilmington, NC 28405<br>gshipman@shipmanlaw.com<br>wwright@shipmanlaw.com | Frederick Rom<br>Womble Carlyle Sandridge & Rice<br>P.O. Box 13069<br>Research Triangle Park, NC 27709<br>from@wcsr.com |

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

By: /s/ Clifton L. Brinson
Kirk G. Warner, NC Bar # 16238
Christopher R. Kiger, NC Bar # 28618
Clifton L. Brinson, NC Bar # 34331
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
E-Mail: kwarner@smithlaw.com
ckiger@smithlaw.com
cbrinson@smithlaw.com

*Attorneys for Federal Cartridge Company*