IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:12-CV-00477-JAB-JLW

| | | |
|---|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| REMINGTON ARMS COMPANY, LLC, and CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION, | ) ) ) ) | |
| Defendants. | ) | |

Pending before the Court is Defendant Federal Cartridge Company, successor to Ammunition Accessories, Inc., incorrectly named and identified as Cascade Cartridge, Inc. a/k/a CCI Ammunition's Motion to Substitute Party.

Upon due consideration, Federal Cartridge Company's Motion to Substitute Federal Cartridge Company for Ammunition Accessories Inc., Cascade Cartridge, Inc. a/k/a CCI Ammunition, as a defendant in this matter is **GRANTED**.

This the ___ day of June, 2013.

_____