IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REMINGTON ARMS COMPANY, LLC, and )<br>CASCADE CARTRIDGE, INC. a/k/a CCI )<br>AMMUNITION, )<br>)<br>Defendants. ) | Civil Action No.: 1:12CV477 |

## ORDER

Pending before the Court is Defendant Federal Cartridge Company, successor to Ammunition Accessories, Inc., incorrectly named and identified as Cascade Cartridge, Inc. a/k/a CCI Ammunition's Motion (Docket Entry 111) to Substitute Party.

Upon due consideration, Federal Cartridge Company's Motion to Substitute Federal Cartridge Company for Ammunition Accessories Inc., Cascade Cartridge, Inc. a/k/a CCI Ammunition, as a defendant in this matter is **GRANTED**.

This, the 20th day of June, 2013.

Joe L. Webster
United States Magistrate Judge