IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:12-CV-00477-JAB-JLW

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REMINGTON ARMS COMPANY, LLC, )<br>and FEDERAL CARTRIDGE )<br>COMPANY, )<br>)<br>Defendants. ) | **NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY** |

In accordance with LR 7.3(i), Defendant Federal Cartridge Company respectfully submits to the Court the following opinion as a Suggestion of Subsequently Decided Authority and accordingly as an addendum to its Memorandum of Law in Support of its Motion to Dismiss (Doc # 54) and to the argument heard on June 19, 2013, specifically as relates to the issue/element of reliance (Opinion, pages 12-15):

*Bumpers v. Community Bank of Northern Virginia,* (Lawyers Weekly No. 13-06-0862), Supreme Court of North Carolina, No. 269PA09-2 filed 28 August 2013. (Opinion attached hereto as Exhibit A).

# 3517519_1.Doc

This the 26th day of September, 2013.

        SMITH, ANDERSON, BLOUNT, DORSETT,
          MITCHELL & JERNIGAN, L.L.P.

By:   /s/ Kirk G. Warner
       Kirk G. Warner, NC Bar # 16238
       Christopher R. Kiger, NC Bar # 28618
       Clifton L. Brinson, NC Bar # 34331
       Post Office Box 2611
       Raleigh, North Carolina 27602-2611
       Telephone: (919) 821-1220
       Facsimile: (919) 821-6800
       E-Mail: kwarner@smithlaw.com
              ckiger@smithlaw.com
              cbrinson@smithlaw.com


BOWMAN AND BROOKE LLP

George W. Soule
Jennifer K. Huelskoetter
Melissa R. Stull
(specially appearing)
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 672-3251
Facsimile: (612) 672-3200
E-Mail:
George.Soule@bowmanandbooke.com
Jennifer.Huelskoetter@bowmanandbrooke.com
Melissa.Stull@bowmanandbrooke.com

*Attorneys for Federal Cartridge Company*

2

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2013, I electronically filed the foregoing **NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gary K. Shipman | Frederick Rom |
| William Grainger Wright, Sr. | Womble Carlyle Sandridge & Rice |
| Shipman & Wright, LLP | P.O. Box 13069 |
| 575 Military Cutoff Rd., Ste. 106 | Research Triangle Park, NC 27709 |
| Wilmington, NC 28405 | from@wcsr.com |
| gshipman@shipmanlaw.com | |
| wwright@shipmanlaw.com | |

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

By: /s/ Kirk G. Warner
Kirk G. Warner, NC Bar # 16238
Christopher R. Kiger, NC Bar # 28618
Clifton L. Brinson, NC Bar # 34331
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
E-Mail: kwarner@smithlaw.com
ckiger@smithlaw.com
cbrinson@smithlaw.com

*Attorneys for Federal Cartridge Company*

3